**Order entered February 10, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00151-CV

## INLAND WESTERN DALLAS LINCOLN PARK LIMITED PARTNERSHIP AND RPAI SOUTHWEST MANAGEMENT, LLC, Appellants

### V.

## HAI NGUYEN AND MAI NGUYEN, INDIVIDUALS, D/B/A ROMIE'S NAIL BOUTIQUE, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08114**

## ORDER
Before the Court En Banc

Before the Court is appellees' January 9, 2019 motion for en banc reconsideration.

Appellees' motion is **DENIED**.

/s/      DAVID L. BRIDGES
          JUSTICE

Burns, C.J., Dissenting, joined by Molberg, J., Partida-Kipness, J., and Nowell, J.
Schenck, J, Concurring, joined by Bridges, J., and Evans, J.